UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00180

**Sean T. Stokes et al.,**
*Plaintiffs,*

v.

**Allstate Vehicle and Property Insurance Co.,**
*Defendant.*

# ORDER

On March 13, 2024, the parties filed an agreed motion to dismiss with prejudice. Doc. 30. According to the parties, "all matters in controversy between them have been fully and finally resolved." *Id.* Because all parties who have appeared before the court signed this motion, it bears the effect of a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims in this case are dismissed with prejudice. All pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on March 21, 2024.*

J. CAMPBELL BARKER
United States District Judge